UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ZUBER, RICKEY THOMAS | ) | BANKRUPTCY CASE 08-10470 |
| | ) | Chapter 7 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim # | Creditor Name | Address | Amount |
|---|---|---|---|
| 6 | Northeastern REMC | P.O. Box 291. Columbia City, IN 46725 | $0.13 |
| | | TOTAL: | $0.13 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of June, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Wesley Steury, 100 Standard Federal Plaza, 200 East Main Street, Fort Wayne, IN 46802, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

_____/s/ Dustin M. Roach_____
Dustin M. Roach